JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POR VIDA PRODUCTIONS, LLC; DFL RELEASING LLC; ALAN JACOBS; SCOTT WILLIAM ALVAREZ<br><br>PLAINTIFF(S),<br>v.<br>CHRISTOPHER HARRISON; DARRICK ROBINSON; TRINA CALDERON<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 11-01944 DDP (JCx)<br><br>JUDGMENT ON THE VERDICT<br><br>FOR DEFENDANT(S) |

This action having been tried before the Court sitting with a jury, the Honorable Dean D. Pregerson, District Judge, presiding;  the issues having been duly tried and the jury having duly rendered its verdict.


Dated: November 13, 2013

                                                    CLERK, U.S. DISTRICT COURT

                                                    /s/  John Chambers, Deputy Clerk